IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02395-LTB

STANLEY L. WADE,

     Applicant,

v.

BLAKE R. DAVIS, Warden,

     Respondent.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

     The motions titled "Second Renewed Request to Submit for Decision" (ECF No. 14) and "Motion Pursuant to Fed. R. Civ. P. 59(e) for Reconsideration and to Amend the Judgment" (ECF No. 15) filed by Applicant, Stanley L. Wade, on March 15 and 23, 2011, respectively, are denied for the reasons set forth in the Court's March 15, 2011, Order Denying Motions to Reconsider.

Dated:  January 18, 2012

---